UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR15-071-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER REVOKING RELEASE |
| JOSEPH FRY, ) | 18 U.S.C. §§3148(b) and 3143(A) |
| ) | |
| Defendant. ) | |
| ) | |

The United States moved for revocation of defendant's release, alleging violation of the conditions of release. The defendant has entered a denial, and an evidentiary hearing is scheduled for June 28, 2016.

Pending that hearing, it is therefore ORDERED, that defendant's bond is REVOKED, and that:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>14th</u> day of June, 2016.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER REVOKING RELEASE
18 U.S.C. §§3148(b) and 3143(A)
PAGE -2